# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kimberly Piercy,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05-cv-396-MU

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2005 Order.

**Signed: September 30, 2005**

Frank G. Johns, Clerk
United States District Court